UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 10, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIJAH SIMONYAN,

Defendant.

Case No. 2:12-cr-00410-MCE-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ELIJAH SIMONYAN Case No. 2:12-cr-00410-MCE-1 Charge from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

_X_ Unsecured Appearance Bond $ 25,000

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

_X_ (Other): Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on January 10, 2014 at 2:00 PM

By: *Dale A. Dzr*

Magistrate Judge Dale A. Drozd