HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
STELLA AVETISYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-cr-00410 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| ELIJAH SIMONYAN, et al. | ) DATE: August 14, 2014 |
| Defendants. | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff; DOUGLAS BEEVERS, attorney for defendant STELLA AVETISYAN; MICHAEL L. CHASTAINE, attorney for defendant ELIJAH SIMONYAN; and BRUCE LOCKE, attorney for defendant ARTUR ARSHAKYAN, that the status conference hearing date of June 19, 2014 be vacated, and the matter be set for status conference on August 14, 2014 at 9:00 a.m.

The reason for this continuance is that a substantial amount of discovery has been produced and counsel requires additional time to review the discovery. In addition, the defendants require an Armenian interpreter, and counsel has been notified by USCCI Chief Staff Interpreter, Yolanda Riley-Portal, that the Armenia interpreter is available August 14, 2014.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including

August 14, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| Dated: May 30, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>STELLA AVETISYAN |
| Dated: May 30, 2014 | */s/ Michael L. Chastaine*<br>MICHAEL L. CHASTAINE<br>Attorney for Defendant<br>ELIJAH SIMONYAN |
| Dated: May 30, 2014 | */s/ Bruce Locke*<br>BRUCE LOCKE<br>Attorney for Defendant<br>ARTUR ARSHAKYAN |
| Dated: May 30, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Jared Dolan*<br>JARED DOLAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 19, 2014 status conference hearing be continued to August 14, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and

including the August 14, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: June 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT