HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
STELLA AVETISYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00410 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | DATE: September 25, 2014 |
| ELIJAH SIMONYAN, et al. | ) ) | TIME: 9:00 a.m. JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff; DOUGLAS BEEVERS, attorney for defendant STELLA AVETISYAN; MICHAEL L. CHASTAINE, attorney for defendant ELIJAH SIMONYAN; and BRUCE LOCKE, attorney for defendant ARTUR ARSHAKYAN, that the status conference hearing date of August 14, 2014 be vacated, and the matter be set for status conference on September 25, 2014 at 9:00 a.m.

The reason for this continuance is that a substantial amount of discovery has been produced and counsel requires additional time to review the discovery which requires an Armenian interpreter.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including

September 25, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 5, 2014                           Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Douglas Beevers*
                                                DOUGLAS BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                STELLA AVETISYAN

Dated: August 5, 2014                           */s/ Michael L. Chastaine*
                                                MICHAEL L. CHASTAINE
                                                Attorney for Defendant
                                                ELIJAH SIMONYAN

Dated: August 5, 2014                           */s/ Bruce Locke*
                                                BRUCE LOCKE
                                                Attorney for Defendant
                                                ARTUR ARSHAKYAN

Dated: August 5, 2014                           BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Jared Dolan*
                                                JARED DOLAN
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

# **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 14, 2014 status conference hearing be continued to September 25, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 25, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated:  August 7, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT