Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Artur Arshakyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIJAH SIMONYAN, et. al.,<br><br>    Defendants. | No. 2:12-cr-00410-MCE<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Elijah Simonyan, Stella Avetisyan, and Artur Arshakyan, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for September 25, 2014 at 9:00 a.m., should be continued to December 11, 2014 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from September 25, 2014 through December 11, 2014.

The reason for the continuance is that the defense needs additional time to conduct pretrial investigation, to review recently provided discovery, to complete potential plea negotiations; and to prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between September 25, 2014 and December 11, 2014 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv)

and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Beevers and Mr. Chastain have authorized Mr. Locke to sign this pleading for them.

DATED: September 24, 2014             /S/ Bruce Locke
                                      BRUCE LOCKE
                                      Attorney for Artur Arshakyan

DATED: September 24, 2014             /S/ Bruce Locke
                                      For DOUGLAS BEEVERS
                                      Attorney for Stella Avetisyan

DATED: September 24, 2014             /S/ Bruce Locke
                                      For MICHAEL CHASTAIN
                                      Attorney for Elijah Simonyan

DATED: September 24, 2014             /S/ Bruce Locke
                                      For Jared Dolan
                                      Attorney for the United States

**ORDER**

IT IS SO ORDERED.

Dated: September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2