HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
STELLA AVETISYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00410 MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | DATE: January 15, 2015 |
| ELIJAH SIMONYAN, et al. | ) ) | TIME: 9:00 a.m. JUDGE: Hon. Morrison C. England, Jr. |
| Defendants. | ) ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff; DOUGLAS BEEVERS, attorney for defendant STELLA AVETISYAN; MICHAEL L. CHASTAINE, attorney for defendant ELIJAH SIMONYAN; and BRUCE LOCKE, attorney for defendant ARTUR ARSHAKYAN, that the status conference hearing date of December 11, 2014 be vacated, and the matter be set for status conference on January 15, 2015 at 9:00 a.m.

    The reason for this continuance is that a substantial amount of discovery has been produced and counsel requires additional time to review the discovery which requires an Armenian interpreter. In addition Attorney Locke had recent eye surgery which interfered with reading discovery.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including

*U.S. v. Avetisyan*
Stipulation and Order

-1-

January 15, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 9, 2014         Respectfully submitted,

　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　*/s/ Douglas Beevers*
　　　　　　　　　　　　　　　　　　DOUGLAS BEEVERS
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　STELLA AVETISYAN

Dated: December 9, 2014         */s/ Michael L. Chastaine*
　　　　　　　　　　　　　　　　　　MICHAEL L. CHASTAINE
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　ELIJAH SIMONYAN

Dated: December 9, 2014         */s/ Bruce Locke*
　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　ARTUR ARSHAKYAN

Dated: December 9, 2014         BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Jared Dolan*
　　　　　　　　　　　　　　　　　　JARED DOLAN
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## **O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 11, 2014 status conference hearing be continued to January 15, 2015, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

1  The Court finds that the ends of justice to be served by granting a continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.  It is ordered that time up to and
3  including the January 15, 2015 status conference shall be excluded from computation of time
4  within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to
5  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable
6  time to prepare.

**IT IS SO ORDERED.**

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*U.S. v. Avetisyan*
Stipulation and Order

-3-