Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Artur Arshakyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>  v.<br><br>ELIJAH SIMONYAN, et. al.,<br><br>      Defendants. | No.  12-cr-0410 MCE |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Elijah Simonyan, Stella Avetisyan, and Artur Arshakyan, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for January 15, 2015 at 9:00 a.m., should be continued to March 26, 2015 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from January 15, 2015 through March 26, 2015.

The reason for the continuance is that the defense needs additional time to conduct pretrial investigation, to review recently provided discovery, to complete potential plea negotiations; and to prepare for trial. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between January 15, 2015 and March 26, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and

1

Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Beevers and Mr. Chastaine have authorized Mr. Locke to sign this pleading for them.

DATED: January 13, 2015                 /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Artur Arshakyan

DATED: January 13, 2015                 /S/ Bruce Locke
                                        For DOUGLAS BEEVERS
                                        Attorney for Stella Avetisyan

DATED: January 13, 2015                 /S/ Bruce Locke
                                        For MICHAEL CHASTAINE
                                        Attorney for Elijah Simonyan

DATED: January 13, 2015                 /S/ Bruce Locke
                                        For Jared Dolan
                                        Attorney for the United States

    IT IS SO ORDERED.

Dated:  January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT