1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   STELLA AVETISYAN
6

7                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,         )  NO. 2:12-CR-00410 MCE
                                     )
11                    Plaintiff,     )  STIPULATION AND ORDER
                                     )  TO CONTINUE STATUS CONFERENCE,
12     v.                            )  AND TO EXCLUDE TIME
                                     )
13 ELIJAH SIMONYAN, et al.           )  DATE:   March 26, 2015
                                     )  TIME:   9:00 a.m.
14                    Defendants.    )  JUDGE: Hon. Morrison C. England, Jr.
15                                   )

16
        IT IS HEREBY STIPULATED by and between the parties hereto through their
17
   respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff;
18
   DOUGLAS BEEVERS, attorney for defendant STELLA AVETISYAN; J. TONEY, attorney for
19
   defendant ELIJAH SIMONYAN; and BRUCE LOCKE, attorney for defendant ARTUR
20
   ARSHAKYAN, that the status conference hearing date of March 26, 2015 be vacated, and the
21
   matter be set for status conference on April 9, 2015 at 9:00 a.m.
22
        The reason for this continuance is that a substantial amount of discovery has been
23
   produced and counsel requires additional time to review the discovery which requires an
24
   Armenian interpreter.  In addition, Attorney Locke had recent eye surgery which interfered with
25
   reading discovery.
26
        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
27
   should be excluded from the date of signing of this order through and including
28

1   April 9, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

2   Local Code T4 based upon continuity of counsel and defense preparation.

3

4   Dated: March 24, 2015                Respectfully submitted,

5                                    HEATHER E. WILLIAMS
                                    Federal Defender

6

7                                    */s/ Douglas Beevers*
                                    DOUGLAS BEEVERS

8                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    STELLA AVETISYAN

9

10  Dated: March 24, 2015                */s/ J Toney*
                                    J. TONEY

11                                    Attorney for Defendant
                                    ELIJAH SIMONYAN

12

13  Dated: March 24, 2015                */s/ Bruce Locke*
                                    BRUCE LOCKE

14                                    Attorney for Defendant

15                                    ARTUR ARSHAKYAN

16  Dated: March 24, 2015                BENJAMIN B. WAGNER
                                    United States Attorney

17

18                                    */s/ Jared Dolan*
                                    JARED DOLAN

19                                    Assistant United States Attorney
                                    Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

3   March 26, 2015 status conference hearing be continued to April 9, 2015, at 9:00 a.m.  Based on

4   the representation of defense counsel and good cause appearing there from, the Court hereby

5   finds that the failure to grant a continuance in this case would deny defense counsel reasonable

6   time necessary for effective preparation, taking into account the exercise of due diligence.  The

7   Court finds that the ends of justice to be served by granting a continuance outweigh the best

8   interests of the public and the defendant in a speedy trial.  It is ordered that time up to and

9   including the April 9, 2015 status conference shall be excluded from computation of time within

10   which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18

11   U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable

12   time to prepare.

13          **IT IS SO ORDERED.**

14   Dated:  March 26, 2015

15

16                                              _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
17                                           UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

*U.S. v. Avetisyan*                                    -3-
Stipulation and Order