Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Artur Arshakyan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIJAH SIMONYAN, et. al.,<br><br>    Defendants. | No.  12-cr-0410 MCE |

   IT IS HEREBY STIPULATED AND AGREED between the defendants, Elijah Simonyan, Stella Avetisyan, and Artur Arshakyan, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for June 11, 2015 at 9:00 a.m., should be continued to July 30, 2015 at 9:00 a.m., and that time under the Speedy Trial Act should be excluded from June 11, 2015 through July 30, 2015.

   The reason for the continuance is that Mr. Toney was only recently appointed, the defense needs additional time to conduct pretrial investigation, to complete plea negotiations; to have an interpreter read the plea offers to their clients, and to consult with immigration counsel concerning the implications of guilty pleas. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between June 11, 2015 and July 30, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section

3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Dolan, Mr. Beevers and Mr. Toney have authorized Mr. Locke to sign this pleading for them.

DATED: June 8, 2015  /s/ Bruce Locke
BRUCE LOCKE
Attorney for Artur Arshakyan

DATED: June 8, 2015  /s/ Bruce Locke
For DOUGLAS BEEVERS
Attorney for Stella Avetisyan

DATED: June 8, 2015  /s/ Bruce Locke
For J. TONEY
Attorney for Elijah Simonyan

DATED: June 8, 2015  /s/ Bruce Locke
For JARED DOLAN
Attorney for the United States

**ORDER**

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore the status conference presently set for June 11, 2015 at 9:00 a.m., is continued to July 30, 2015 at 9:00 a.m.  Time under the Speedy Trial Act is excluded from June 11, 2015 through July 30, 2015.

IT IS SO ORDERED.

Dated:  June 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT