1   Bruce Locke (#177787)

2   Moss & Locke

3   800 Howe Ave, Ste 110

4   Sacramento, CA 95825

5   916-569-0667

6   Attorneys for Artur Arshakyan

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                              No.  12-cr-0410 MCE

12              Plaintiff,

13        v.

14  ELIJAH SIMONYAN, et. al.,

15              Defendants.

16

17

18          IT IS HEREBY STIPULATED AND AGREED between the defendants, Elijah

Simonyan, Stella Avetisyan, and Artur Arshakyan, by and through their undersigned defense
19
counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney
20
Jared Dolan, that the status conference presently set for September 17, 2015 at 9:00 a.m., should
21
be continued to November 5, 2015 at 9:00 a.m., and that time under the Speedy Trial Act should
22
be excluded from September 17, 2015 through November 5, 2015.
23
            The reason for the continuance is that Mr. Toney is relatively new to this case, the other
24
defendants have received proposed plea agreements from the government and the defense needs
25
additional time to conduct investigation, to have an interpreter read the plea offers to their clients,
26
to explain the plea agreements to the clients, and to consult with immigration counsel concerning
27
the implications of guilty pleas. The exclusion of time is also necessary to ensure continuity of
28

                                                 1

1 counsel.  Accordingly, the time between September 17, 2015 and November 5, 2015 should be

2 excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section

3 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends

4 of justice served by granting this continuance outweigh the best interests of the public and the

5 defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr. Beevers and Mr. Toney

6 have authorized Mr. Locke to sign this pleading for them.

7 DATED: September 18, 2015                    /s/ Bruce Locke
                                              BRUCE LOCKE
8                                             Attorney for Artur Arshakyan

9

   DATED: September 18, 2015                    /s/ Bruce Locke
10                                            For DOUGLAS BEEVERS
                                              Attorney for Stella Avetisyan
11

12 DATED: September 18, 2015                     /s/ Bruce Locke
                                              For J. TONEY
13                                            Attorney for Elijah Simonyan

14

   DATED: September 18, 2015                    /s/ Bruce Locke
15                                            For JARED DOLAN
                                              Attorney for the United States
16

17

18        IT IS SO ORDERED.

19 Dated:  September 18, 2015

20

21 _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
22 UNITED STATES DISTRICT COURT

23

24

25

26

27

28