1  Bruce Locke (#177787)

2  Moss & Locke

3  800 Howe Ave, Ste 110

4  Sacramento, CA 95825

5  916-569-0667

6  Attorneys for Artur Arshakyan

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES,                          No.  12-cr-0410 MCE

12              Plaintiff,

13        v.

14  ELIJAH SIMONYAN, et. al.,

15              Defendants.

16

17        IT IS HEREBY STIPULATED AND AGREED between the defendants, Elijah

18  Simonyan, Stella Avetisyan, and Artur Arshakyan, by and through their undersigned defense

19  counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney

20  Jared Dolan, that the status conference presently set for November 5, 2015 at 9:00 a.m., should be

21  continued to December 17, 2015 at 9:00 a.m., and that time under the Speedy Trial Act should be

22  excluded from November 5, 2015 through December 17, 2015.

23        The reason for the continuance is that the defense needs additional time to conduct

24  investigation, to have an interpreter read the plea offers to their clients, to explain the plea

25  agreements to the clients, and to consult with immigration counsel concerning the implications of

26  guilty pleas. Specifically, the defense needs to issue Rule 17 subpoenas to several banks in order

27  to trace the funds that were obtained through the loans in this case. The exclusion of time is also

28

1

1   necessary to ensure continuity of counsel.  Accordingly, the time between November 5, 2015 and

2   December 17, 2015 should be excluded from the Speedy Trial calculation pursuant to Title 18,

3   States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties

4   stipulate that the ends of justice served by granting this continuance outweigh the best interests of

5   the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan, Mr.

6   Beevers and Mr. Toney have authorized Mr. Locke to sign this pleading for them.

7   DATED: November 9, 2015            /s/ Bruce Locke
                                       BRUCE LOCKE
8                                      Attorney for Artur Arshakyan

9
10  DATED: November 9, 2015            /s/ Bruce Locke
                                       For DOUGLAS BEEVERS
11                                     Attorney for Stella Avetisyan

12  DATED: November 9, 2015             /s/ Bruce Locke
                                       For J. TONEY
13                                     Attorney for Elijah Simonyan

14
15  DATED: November 9, 2015            /s/ Bruce Locke
                                       For JARED DOLAN
16                                     Attorney for the United States

17                                     ORDER

18       The Court hereby adopts the parties' stipulation as its order and finds, for the reasons

19  stated above, that the ends of justice served by granting this continuance outweigh the best

20  interests of the public and the defendants in a speedy trial.

21       IT IS SO ORDERED.

22  DATED:  November 9, 2015

23

24                                     _____
                                       MORRISON C. ENGLAND, JR. CHIEF JUDGE
25                                     UNITED STATES DISTRICT COURT

26

27

28

                                         2