ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ARTUR ARSHAKYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00410-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| | ) | |
| ARTUR ARSHAKYAN, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jared Dolan, defendant, Artur Arshakyan, by and through his attorney, Erin J. Radekin, defendant, Elijah Simonyan, by and through his counsel, J. Toney, and defendant Stella Avetisyan, by and through her counsel, Douglas Beevers, agree and stipulate to vacate the date currently set for status conference, January 13, 2017 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to January 27, 2017 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that the defense needs additional time for investigation and defense preparation and the parties need additional

STIPULATION AND [PROPOSED] ORDER - 1

time for plea negotiations.  Ms. Radekin was retained in this matter on October 21, 2016.  The Court is advised that all counsel named above concur with this request and have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until January 27, 2017 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 12, 2017                     PHILLIP A. TALBERT
                                            Acting United States Attorney

                                      By:    /s/ Jared Dolan
                                            JARED DOLAN
                                            Assistant United States Attorney

Dated: January 12, 2016                      /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Attorney for Defendant
                                            ARTUR ARSHAKYAN

Dated: January 12, 2016                      /s/ J. Toney
                                            J. TONEY
                                            Attorney for Defendant
                                            ELIJAH SIMONYAN

Dated: January 12, 2016                      /s/ Douglas Beevers
                                            DOUGLAS BEEVERS
                                            Attorney for Defendant
                                            STELLA AVETISYAN

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of January 13, 2017 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on January 27, 2017 at 9:00 a.m.  The Court finds excludable time in this matter through January 27, 2017 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   January 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER - 3