HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
STELLA AVETISYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELIJAH SIMONYAN, et al.<br><br>　　　　　Defendants. | NO. 2:12-CR-00410 MCE<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>DATE: March 10, 2017<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff; DOUGLAS BEEVERS, attorney for defendant STELLA AVETISYAN; J. TONEY, attorney for defendant ELIJAH SIMONYAN; and ERIN RADEKIN, attorney for defendant ARTUR ARSHAKYAN, that the status conference hearing date of March 10, 2017 be vacated, and the matter be set for status conference on March 24, 2017 at 9:00 a.m.

　　　　The reason for this continuance is that Mrs. Avetisyan's counsel requires additional time to investigate grounds for a motion to sever her case from her husband's case.  This motion is based in part on evidence recently received from co-defendant Simonyan and evidence which is currently protected by a joint defense agreement.  Defense counsel needs to interview several other witnesses relative to this motion.

　　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including

1  March 24, 2017 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and
2  Local Code T4 based upon continuity of counsel and defense preparation.
3
4  Dated: March 9, 2016                    Respectfully submitted,
5                                          HEATHER E. WILLIAMS
                                           Federal Defender
6
                                           */s/ Douglas Beevers*
7                                          DOUGLAS BEEVERS
                                           Assistant Federal Defender
8                                          Attorney for Defendant
                                           STELLA AVETISYAN
9
10 Dated: March 9, 2017                    */s/ J Toney*
                                           J. TONEY
11                                         Attorney for Defendant
                                           ELIJAH SIMONYAN
12
13
14 Dated: March 9, 2017                    */s/ Erin Radekin*
                                           ERIN RADEKIN
15                                         Attorney for Defendant
                                           ARTUR ARSHAKYAN
16 Dated: March 9, 2017                    BENJAMIN B. WAGNER
                                           United States Attorney
17
                                           */s/ Jared Dolan*
18                                         JARED DOLAN
                                           Assistant United States Attorney
19                                         Attorney for Plaintiff
20
21
22
23
24
25
26
27
28

*U.S. v. Avetisyan*                     -2-
Stipulation and Order

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 10, 2017 status conference hearing be continued to March 24, 2017, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 24, 2017 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

Dated:  March 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

U.S. v. Avetisyan
Stipulation and Order
-3-