```
 1  J Toney
    Attorney at Law
 2  SBN 43143
    P.O. Box 1515
 3  Woodland, California 95776
    yoloconflict@aol.com
 4  Ph/Fax 530-666-1908
 5  Attorney for Defendant
 6
 7                   UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      No. 2:12-CR-410 GEB
11          Plaintiff,             STIPULATION AND (PROPOSED)
12     v.                          ORDER CONTINUING STATUS
                                   CONFERENCE
13  ELIJAH SIMONYAN
                                   June 16, 2017 at 10:AM
14          Defendant.
                                   Judge Burrell
15
```

This case is now set for status on May 26, 2017. Because the case is complex, plea negotiations are ongoing and the parties need additional time to finalize an agreement. It is therefore stipulated between the parties that the status conference be continued to June 16, 2017. The parties agree that this continuance is required to allow full and knowing discussion between the Defendant and his Attorney. For this reason, the parties also stipulate that the ends of justice outweigh the interest of the public and Defendant in a speedy trial and that

time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv), [Local Code T4]; and request the Court so order.

Dated May 24, 2017

/s/ JARED DOLAN
Assistant U.S. Attorney


/s/ J TONEY
Attorney for Elijah Simonyan


IT IS SO ORDERED.

Dated: May 30, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge