J Toney
Attorney at Law
SBN 43143
P.O. Box 1515
Woodland, California 95776
yoloconflict@aol.com
Ph/Fax 530-666-1908
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-410 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) |
| v. | ORDER SETTING STATUS CONFERENCE |
| ELIJAH SIMONYAN | September 8, 2017 at 10:00 a.m. |
| Defendant. | Judge Burrell |

The parties stipulate to setting this case for a status conference on Friday, September 8, 2017 at 10:00 a.m. Because the case is complex, plea negotiations are ongoing and the parties need additional time to finalize an agreement.  The parties agree this time is necessary to allow full and knowing discussion between the Defendant and his Attorney.  For this reason, the parties also stipulate that the ends of justice outweigh the interest of the public and Defendant in a speedy trial and that

/////

/////

US v. Simonyan
12-cr-410 GEB
Stipulation and Proposed Order

time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv), [Local Code T4]; and request the Court so order.

Dated: July 26, 2017.

/s/ JARED DOLAN

Assistant U.S. Attorney

/s/ J TONEY

Attorney for Elijah Simonyan

IT IS SO ORDERED.

Dated: July 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge