J TONEY
43143
P.O. Box 1515
Woodland, CA 95776
(530-666-1908
yoloconflict@aol.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ELIJAH SIMONYAN, et al.,<br><br>        Defendants. | No. 2:12-cr-410 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENICNG**<br><br>**January 19, 2018**<br><br>**Courtroom 10, Judge Burrell** |

It is hereby stipulated and agreed between the defendant Elijah Simonyan, by undersigned defense counsel, and the United States, by Assistant U.S. Attorney Jared Dolan, that the hearing set for judgment and sentencing, presently set for January 12, 2018, at 9:00 a.m., should be continued to January 19, 2018 at 9:00 in Courtroom Ten.

This stipulation is based on the fact that defense counsel just received the government's sentencing memorandum and needs time to review it.

Dated: January 10, 2018                     January 10, 2018
/s/ J Toney                                      /s/ Jared Dolan

Attorney at Law                              Assistant U.S. Attorney
Counsel for Elijah Simonyan         Counsel for the United States

Sentencing is continued from January 12, 2018 to January 19, 2018, at 9:00 a.m. in Courtroom Ten.

IT IS SO ORDERED.

Dated: January 11, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge